UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRACEY HITE,                                    25-cv-6593 (JGK)

                        Plaintiff,              ORDER

        - against -

COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.

JOHN G. KOELTL, District Judge:

The Court has reviewed the Report and Recommendation of Magistrate Ona T. Wang dated January 29, 2026. The Report recommends that the Court should dismiss the case for failure to prosecute. The plaintiff failed to respond to the Government's requests to meet and confer. The plaintiff also failed to respond to the order to show cause from the Magistrate Judge as to why this case should not be dismissed for failure to prosecute.

No objections have been filed to the Report and Recommendation, and the time for any objections has passed. In any event, the Court finds that the Report and Recommendation is well-reasoned and thorough. The Court therefore adopts the Report and Recommendation.

This case cannot proceed without the plaintiff's participation. The only least restrictive alternative is that this case should be **dismissed without prejudice for failure to prosecute.**

The Clerk is respectfully directed to close the case. The Clerk is also directed to mail a copy of this Order to the plaintiff and note the mailing on the docket.


SO ORDERED.
Dated:     New York, New York
           February 24, 2026

                                    _____
                                        John G. Koeltl
                                    United States District Judge

2